B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re  *Tamra Lynne Wood*

Case No.
Chapter 7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| Ally Financial | 2008 GMC One Tone Duley |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *surrender*  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| Bank of America | The North 50 feet of Lot Eight (8) in Block Two (2) of the subdi |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:** Oklahoma Employees Credit Union | **Describe Property Securing Debt:** 2012 GMC VIN# 1GKS2CE04CR306684 |

Property will be (check one):
☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain _surrender_    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one):
☐ Claimed as exempt   ☒ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:** Ally Financial | **Describe Property Securing Debt:** Jayco 5th Wheel Travel Trailer |

Property will be (check one):
☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☒ Other. Explain _surrender_    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one):
☐ Claimed as exempt   ☒ Not claimed as exempt

**Part B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** None | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes  ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 02/14/2013     Debtor: _Jumra Ward_

Date: _____   Joint Debtor: _____