```
ALLY FINANCIAL
P  O  BOX 380901
MINNEAPOLIS  MN  55438


BANK OF AMERICA
4161 PIEDMONT PKWY
GREENSBORO  NC  27410


CAP1/ BSTBY
P O  BOX 30253
SALT LAKE CITY  UT  84130


INTEGRIS HEALTH
P  O  BOX 268908
OKLAHOMA CITY  OK  73126-8908


NSA JUICE PLUS ARO CC
C/O UNIVERSAL COLLECTION SYSTE
P O  BOX 751090
MEMPHIS  TN  38175


OKLAHOMA DIAGNOSTIC IMAGING
P O  BO 268822
OKLAHOMA CITY  OK  73126


OKLAHOMA EMPLOYEES CREDIT UNION
3020 N  STILES AVE
OKLAHOMA CITY  OK  73105


PARTNERS IN HEALTH INC
1625 GREENBRIAR PL STE 700
OKLAHOMA CITY  OK  73159
```

```
SALLIE MAE
11100 USA PARKWAY
FISHERS  IN  46037-9203


US BANK/NA ND
P O  BOX 108
SAINT LOUIS  MO  63166
```